IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| LAMONT WILLIAMS | : | No. 08-704-09 |

## ORDER

AND NOW, this 27th day of June, 2023, upon consideration of Lamont Williams's Second Motion for Reduction in Sentence (Doc. No. 553), the Government's Response in Opposition (Doc. No. 555), and Mr. Williams's Reply (Doc. No. 557), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Mr. Williams's Motion (Doc. No. 553) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1